**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INS. CO.,

    Plaintiff,

    v.

DIANE T. SIMPSON,

    Defendant.

No. C 04-4164 PJH

**ORDER RE PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

Before this court is plaintiff's motion for leave to file a motion for reconsideration of the court's June 15, 2005 order. Defendant shall file an opposition to plaintiff's motion for leave to file a motion for reconsideration no later than July 15, 2005. No replies shall be filed. The court will rule on the papers.

**IT IS SO ORDERED.**

Dated: July 1, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge