Royal F. Oakes (080480)
Richard B. Hopkins, II (190108)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Plaintiff and Counterdefendant
METROPOLITAN LIFE INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIANE T. SIMPSON,<br><br>　　　　Defendant.<br><br>DIANE T. SIMPSON,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Counterdefendant. | CASE NO. 04-CV-4164<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF COMPLAINT AND COUNTERCLAIM AND ORDER |

The parties to this action, Plaintiff and Counterdefendant Metropolitan Life Insurance Company ("MetLife"), and Defendant and Counterclaimant Diane T. Simpson ("Simpson") hereby stipulate that all claims and causes of action in both MetLife's Complaint and Simpson's

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 682-2800

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF COMPLAINT AND COUNTERCLAIM
CASE NO. 04-CV-4164

Counterclaim are dismissed with prejudice. All parties shall bear their own costs and attorneys' fees.

Dated: June 30, 2007

*[signature]*

Richard B. Hopkins, II

Attorney for Plaintiff and Counterdefendant Metropolitan Life Insurance Company

Dated: June 29, 2007

*[signature]*

Bruce C.F. McArthur

Attorney for Defendant and Counterclaimant Diane T. Simpson

IT IS SO ORDERED

*[signature]*

Judge Phyllis J. Hamilton

7/3/07